FILED

10/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0146

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0146

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TYLER FREDERICK ERICKSON,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 14, 2022, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2022